

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2014

No. 04-13-00761-CR and 04-13-00762-CR

Ruben **NERIO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2005CR1231 and 2005CR1529
The Honorable Angus K. McGinty, Judge Presiding

## O R D E R

Appellant's briefs in these companion cases were originally due on February 26, 2014. Appellant is represented on appeal by appointed counsel, Mr. Mark E. Braswell. Mr. Braswell has been granted one extension of time in which to file the brief, until March 26, 2014. Neither the briefs nor a motion for extension of time were filed. Accordingly, on April 7, 2014, this court ordered Mr. Braswell to file appellant's briefs in this court no later April 25, 2014. Our order stated that no further extensions of time would be granted, and cautioned Mr. Braswell that if he failed to file appellant's briefs by April 25, 2014, this cause would be abated for the trial court to conduct an abandonment hearing. Mr. Braswell failed to respond to our April 7, 2014, order. Therefore, on May 7, 2014, we abated these cases to the trial court and ordered the trial court to conduct an abandonment hearing no later than May 27, 2014.

On May 12, 2014, Mr. Braswell filed a second motion for an extension of time in which to file appellant's brief, in which Mr. Braswell asserts the briefs are basically complete except for citations to items missing from the clerk's record. We note that the clerk's record and a supplemental clerk's record were filed in this court in November 2013. A second supplemental clerk's record was filed on May 13, 2014.

We GRANT Mr. Braswell's motion and ORDER that he file appellant's briefs in these appeals no later than May 23, 2014. **If appellant's briefs are not filed by May 23, 2014, the abandonment hearing shall commence no later than May 27, 2014, pursuant to our order dated May 7, 2014. No further extensions of time will be considered.**

The Clerk of this court shall cause a copy of this order to be served on Mr. Braswell by certified mail, return receipt requested, and by regular United States mail. The Clerk of this court shall also fax a copy of this order to the presiding judge of the 144th Judicial District Court, Bexar County, Texas.

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2014.

Keith E. Hottle
Clerk of Court